United States District Court
Southern District of Texas
**ENTERED**
June 06, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **DIANA M. MOLINA** § | |
| § | |
| **Plaintiff** § | |
| **VS.** § | **CIVIL ACTION NO. 5:22-CV-00028** |
| § | |
| **UNITED STATES OF AMERICA** § | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 21) recommending that the Motion for Approval of Minor's Settlement and for Disbursement of Funds (Dkt. 16) filed by Plaintiff Diana M. Molina, individually and on behalf of L.M., a minor, be granted. The Parties have filed a Joint Notice of No Objections (Dkt. 22), waiving any objections to the Report and Recommendation (Dkt. 21). Having reviewed the matter as set forth in 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should be ACCEPTED. Specifically, the Court finds the following:

(1) The settlement reached on behalf of L.M. is for the maximum amount of the sum certain claimed in the SF95 administrative claim filed on behalf of the minor with United States Customs and Border Protection, Defendant's underlying agency involved in this action;

(2) The settlement is in the best interest of Plaintiff L.M.; and

(3) The money should be disbursed directly to Plaintiff Diana Molina for Plaintiff L.M., a minor, due to the relatively small size of the settlement.

Accordingly, Plaintiffs' Motion for Approval of Minor's Settlement and for Disbursement of Funds (Dkt. 16) is GRANTED. The Court hereby authorizes Plaintiff Molina to execute all other documents necessary to conclude the settlement and make disbursements as authorized and approved herein, such that all settlement funds may be disbursed to Plaintiff Molina on behalf of

L.M. Furthermore, the Court assesses Ms. Arce-Flores' guardian ad litem fees and expenses in the amount of $350.00 to be borne by Plaintiffs' attorney. All other costs are taxed against the Parties incurring the same.

    IT IS SO ORDERED.

    SIGNED this June 6, 2023.

                                              Diana Saldaña
                                              United States District Judge